[Nos. 21267-6-II; 23975-2-II.   Division Two.   September 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
WARREN AUSTIN, *Appellant*.

*In the Matter of the Personal Restraint of* JOSEPH
WARREN AUSTIN.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-01839-4, Robert L. Harris, J., entered
September 18, 1996, together with a petition for relief from
personal restraint. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, C.J., and Seinfeld,
J.

[No. 22108-0-II.   Division Two.   September 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND G.
GARLINGHOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 97-1-00032-5, Joel M. Penoyar, J., entered June
6, 1997. *Reversed* by unpublished opinion per Morgan, J.,
concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 22494-1-II.   Division Two.   September 10, 1999.]

KURTIS R. MAYER, ET AL., *Appellants*, v. STO INDUSTRIES,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-04168-5, John A. McCarthy, J., entered
September 19, 1997. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Morgan and Hunt, JJ.